UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

STEVEN DANIEL ANDERSON                    Case No. 13-38632-LMI
Debtor.                                              Chapter 7
_____/

**EMERGENCY EX-PARTE AGREED MOTION TO
REASSIGN CASE TO ALTERNATE TRUSTEE**

Now comes STEVEN DANIEL ANDERSON, the debtor in this case who, by and through his undersigned attorney, moves this court for a reassignment to an alternate Chapter 7 Trustee and would say:

1) This case was filed on 11/27/2013 as a no asset Chapter 7 case, and a date of 12/27/2013 was set for the Section 341 Meeting of Creditors in Miami Florida.

2) The assigned Chapter 7 Trustee was Jacqueline Calderin, Esq.

3) The Debtor, STEVEN DANIEL ANDERSON is a chef on a motor vessel, "*The North Star*" and will be at sea in international waters on the assigned 341 meeting date.

4) Trustee Calderin was immediately notified of tis fact and a request was made to her to have this meeting rescheduled to a later date at such a time as the Debtor would be available.

5) The Trustee attempted to do so, but unfortunately the only times she had available to which the Debtor could attend, would fall beyond the time limit which requires the meeting be held within 45 days from the date of filing.

6) The Trustee therefore suggested that that a motion be filed with the Court to transfer the case to some other Trustee who had meetings scheduled in January as she had none.

7) January 11, 2014 would be 45 days from the date of filing, and the deadline for conducting the 341 meeting.

8) It is therefore necessary to have this case transferred to a Chapter 7 trustee who has a scheduled 341 meeting date in January prior to January 11,2013.

9) The Debtor will be back in Miami at all times in January and will travel to any meeting in any division as need be.

10) This motion has been styled as an Emergency Motion, as time is of the essence due to the limited time remaining and the short holiday schedule.

WHEREFORE, the Debtor hereby requests that the Court direct the Clerk of the Bankruptcy Court to reassign this case to a Chapter 7 Trustee who can hold a 341 Meeting of Creditors on or before January 11, 2014 and notice all appropriate parties.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Brian P. O'Sullivan, Esq
                                                Fl. Bar 934957
                                                Attorney for STEVEN DANIEL ANDERSON
                                                17276 Boca Club Blvd, #1804
                                                Boca Raton, Fl  33487
                                                Tel: 561-465-5343
                                                brianobankruptcy@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all interested parties by regular, postage pre-paid, U.S. Mail.

_____
Brian P. O'Sullivan
Attorney for Reza Ahmadabadi
1401 SE 8th Street
Deerfield Beach, FL  33441